JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENNHEISER ELECTRONIC CORPORATION, d/b/a SENNHEISER USA, a Delaware Corporation, and SENNHEISER ELECTRONIC GMBH & CO. KG, a German Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>CAROLINE EICHLER, an individual, APEX SUPPLIERS, LLC, a Florida Limited Liability Company, and Does 1-10, Inclusive,<br><br>Defendants. | CASE NO. CV 12-10809 MMM (JCGx)<br><br>JUDGMENT |

On July 19, 2013, the court entered an order granting Sennheiser's motion for default judgment against Apex Suppliers, LLC. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That Sennheiser recover $135,000 in statutory damages, $6,300 in attorneys' fees, and $523 in costs;

2. That Apex Suppliers, LLC and any person or entity acting in concert with it, or at its direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which it may exercise control, are hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116, from engaging

in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

    a)    copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of plaintiff's SENNHEISER trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's SENNHEISER trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    b)    performing or allowing others employed by or representing it, or under its control, to perform any act which is likely to injure plaintiff, any of plaintiff's SENNHEISER trademarks and/or plaintiff's business reputation or goodwill;

    c)    engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure plaintiff; and/or

    d)    using any internet domain name or website that includes any of plaintiff's trademarks including the SENNHEISER marks;

3)    That Apex Suppliers, LLC is ordered to deliver immediately for destruction all unauthorized products, including counterfeit SENNHEISER products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in its possession or under its control bearing any of plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in its

1 | possession.

3 | DATED: July 19, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE